IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:21-cv-63 |
| Plaintiff, | |
| v. | |
| SMARTSCRIPTS, LLC | |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiff Toby Hoy ("Plaintiff") and defendant SmartScripts, LLC ("Defendant") submit this Joint Status Report required by this Court's December 29, 2021 Order (ECF No. 29).

Plaintiff: In response to the Court's inquiry, Mr. Hoy and SmartScripts intend to file a Stipulation of Dismissal of Mr. Hoy's claim.

However, the Plaintiff also believes that a response to SmartScripts' is required to clarify any concerns the Court may have. SmartScripts "response" to the Plaintiff's Motion to Amend the Complaint (ECF No. 28) makes a serious accusation. It states that the "Plaintiff's use of the Confidential data produced by Transparent BPO, obtained under the guise of furthering claims for Plaintiff Toby Hoy, to find new plaintiffs and new claims, is improper." *See* ECF No. 28 ¶¶ 1-4. This accusation is false. The three new proposed plaintiffs, Michael Oprishko, Mathew Meredith and Sana Mujahid were all existing clients of counsel for the Plaintiff, Andrew Heidarpour, well before this litigation. Indeed, a cursory review of PACER would have revealed that Sana Mujahid was represented by Heidarpour Law Firm, PLLC and Paronich Law, P.C. and appointed as a class

1

representative for a class action settlement in a lawsuit alleging a violation of the Telephone Consumer Protection Act nearly three years ago in *Sana Mujahid v. Divvymed, LLC d/b/a Divvydose*, Case No. CV- 19-005454-PHX-NVW (D. Az.). Plaintiff's counsel did not utilize the information produced by Transparent BPO to find new clients.

With respect to the Plaintiff Hoy, his claims did *not* require the use of an automated telephone dialing system as asserted by SmartScripts. Instead, he alleged that the call used a pre-recorded voice. While Transparent BPO, which operates a call center for SmartScripts, denies using a pre-recorded voice to make the call, it has never been able to offer a plausible explanation for why Mr. Hoy's third-party telephone provider indicates that the call is longer that the recording they've provided. In fact, the extra length of the call is a few seconds, the amount of time that would be consistent with a short pre-recorded message at the beginning of the call, as alleged by Mr. Hoy. However, Mr. Hoy is dismissing his claim as there are undisputed facts with respect to Transparent BPO's calling activities that should be explored, and the plaintiffs retained by counsel intend to pursue those.

<u>Defendant:</u>  Defendant does not object to the filing of a Stipulation of Dismissal.  In the event the case is somehow not dismissed, Defendant intends to file a Motion for Summary Judgment, which Defendant believes would be dispositive of the litigation.

Dated: January 5, 2022                              PLAINTIFF,

               By:  */s/ Anthony I. Paronich*
                  Anthony I. Paronich, *Pro Hac Vice*
                  Paronich Law, P.C.
                  350 Lincoln Street, Suite 2400

                                    Hingham, MA 02043
                                    (508) 221-1510
                                    anthony@paronichlaw.com

                                    Andrew W. Heidarpour, *Pro Hac Vice*
                                    E-mail: AHeidarpour@HLFirm.com
                                    Heidarpour Law Firm, PLLC
                                    1300 Pennsylvania Ave. NW, 190-318
                                    Washington, DC 20004
                                    Telephone: (202) 234-2727

Dated: January 5, 2022                SMARTSCRIPTS, LLC, Defendant

                           By:  */s/ Victoria H. Buter*
                                 Victoria H. Buter (#AT0009169)
                                 KUTAK ROCK LLP
                                 The Omaha Building
                                 1650 Farnam Street
                                 Omaha, Nebraska 68102-2186
                                 Telephone: (402) 346-6000
                                 Facsimile: (402) 346-1148
                                 vicki.buter@kutakrock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, a copy of the foregoing was filed through the Court's CM/ECF system.

                                                      */s/ Anthony I. Paronich*
                                                      Anthony I. Paronich