## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMARTSCRIPTS, LLC,<br><br>　　　　Defendant. | Case No. 3:21-cv-00063-RP-SBJ |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: February 9, 2022　　　　PLAINTIFF,

　　　　　　　　　　　　　　　　By: */s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com


　　　　　　　　　　　　　　　　SMARTSCRIPTS, LLC, Defendant

　　　　　　　　　　　　　　　　By: */s/ Victoria H. Buter*
　　　　　　　　　　　　　　　　　　Victoria H. Buter (#AT0009169)
　　　　　　　　　　　　　　　　　　KUTAK ROCK LLP
　　　　　　　　　　　　　　　　　　The Omaha Building
　　　　　　　　　　　　　　　　　　1650 Farnam Street
　　　　　　　　　　　　　　　　　　Omaha, Nebraska 68102-2186
　　　　　　　　　　　　　　　　　　Telephone: (402) 346-6000
　　　　　　　　　　　　　　　　　　Facsimile: (402) 346-1148
　　　　　　　　　　　　　　　　　　vicki.buter@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich